■ In the Matter of HERBERT SHAFER, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent.— Appeal unanimously dismissed on the ground that the order is not appealable. (Appeal from order of Erie County Court denying petitioner's application to inspect certain ex parte orders for eavesdropping.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ. [31 Misc 2d 859.]

■ LLOYD W. JUDD, Respondent, v. PARK AVENUE HOSPITAL, Appellant, and CARL J. IMPELLITIER, Respondent, et al., Defendants.— Order insofar as appealed from unanimously affirmed, with $25 costs and disbursements. (Appeal by defendant Park Avenue Hospital from certain parts of an order of Monroe Special Term granting an examination before trial of defendant and production of the hospital's by-laws etc. and the records of plaintiff's medical care.) Present — Williams, P. J., Bastow, Goldman and Halpern, JJ.

■ KENNETH I. BOEKHOUT, Respondent, v. LOIS B. BOEKHOUT, Appellant. — Appeal from the first ordering paragraph of the order appealed from dismissed on the ground it is not appealable and remainder of order unanimously affirmed, without costs of this appeal to either party. (Kruglikov v. Kruglikov, 16 A D 2d 735.) (Appeal from order of Monroe Special Term denying defendant's motion to dismiss the complaint, denying motion to vacate the notice of examination and plaintiff's subpoena duces tecum and granting in part plaintiff's motion to direct defendant to answer questions.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.